KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERRI NORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case No. 2:17-cv-1861 CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been unwell and requires the rescheduling of some deadlines to properly address the issues. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on March 28, 2018.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated February 26, 2018: /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
1003 Whitman
Tacoma, WA 98406

|   |   |
|---|---|
| | (206) 300-9063 |
| | Attorney for Plaintiff |
| Dated February 26, 2018: | s/ KELSEY M. BROWN for Daniel Talbert |
| | DANIEL TALBERT |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | |
| | Of Attorneys for Defendant |

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on March 28, 2018. The Court's Scheduling Order (Doc. 5) is modified accordingly.

Dated: February 28, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE