UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI LEE NORRIS, | No. 2:17-cv-01861 CKD |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The administrative transcript in this action was filed January 10, 2018. Under the scheduling order filed September 13, 2017, plaintiff was directed to file a motion for summary judgment and/or remand within 45 days of being served with a copy of the administrative record. Plaintiff was granted an extension of time until March 28, 2018 to file a motion for summary judgment or remand. That time has now expired, and plaintiff has failed to comply with the court's scheduling orders.

////
////
////
////
////

1

Good cause appearing, IT IS HEREBY ORDERED that: Within twenty days from the date this order is filed, plaintiff shall file a motion for summary judgment and/or remand. Failure to comply with this order may result in this action be dismissed.

Dated: April 10, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / norris1961.osc